AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| Whirlpool Corporation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:14-cv-1069 |
| Freight Revenue Recovery of Miami, Inc. | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __02/16/2016__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7-26-2016

CLERK OF COURT

_Kathy Wright_
Signature of Clerk or Deputy Clerk

Certified as a True Copy
By _K. Wright_
Deputy Clerk
U.S. District Court
Western District of Michigan
Date 7-26-2016

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WHIRLPOOL CORPORATION,

    Plaintiff,

v.                                  Case No. 1:14-cv-1069

FREIGHT REVENUE
RECOVERY OF MIAMI, INC., and
RICHARD DAWSON, an individual,

    Defendants.

_____/

## STIPULATED JUDGMENT

This matter is before the Court pursuant to the parties' stipulations set forth below:

1. This matter went to case evaluation on December 14, 2015.

2. This Court sent notice to all parties on January 13, 2016 that both sides had accepted the panel's case evaluation award.

3. Pursuant to this Court's Local Rule 16.5, the procedures set forth in Rule 2.403 of Michigan Rules of Court apply here.

4. Rule 2.403(M)(1) of Michigan Rules of Court states in pertinent part:

> If all the parties accept the panel's evaluation, judgment will be entered in accordance with the evaluation, unless the amount of the award is paid within 28 days after notification of the acceptances, in which case the court shall dismiss the action with prejudice . . .

5. Defendant has not paid the accepted case evaluation award to date.

6. Accordingly, parties stipulate to and request the entry of a judgment consistent with the parties' accepted case evaluation award (Dkt. No. 58) and as required under Rule 2.403(M)(1) of the Michigan Rules of Court.

Respectfully submitted,

Dated: February 11, 2016

/s/ *Lance Zoerhof*
Lance R. Zoerhof (P63980)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503
ebardelli@wnj.com
lzoerhof@wnj.com
616.752.2000

Respectfully submitted,

Dated: February 11, 2016

/s/ *Brent W. Boncher*
Brent W. Boncher
Schenk, Boncher & Rypma
601 Three Mile Road NW
Grand Rapids, MI 49544-1601
616.647.8277
bboncher@schenkboncher.com
Attorneys for Defendant

## JUDGMENT

This action having been resolved among the parties by each party's acceptance of the case evaluation award, said award having been determined by the case evaluation panel on December 14, 2015, upon which no payment has been made, and the Court being otherwise fully advised in the premises;

IT IS THEREFORE ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff and against Defendant Freight Revenue Recovery of Miami, Inc., in the amount of $176,749, plus interest to accrue from this date through the satisfaction of Judgment at the rate provided by law; and no liability was assessed against Richard Dawson in his individual capacity.

This judgment resolves the pending claims against the current parties of record and closes this case.

Dated: February 16, 2016         /s/ Ellen S. Carmody
                                 ELLEN S. CARMODY
                                 U.S. Magistrate Judge

Certified as a True Copy
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date   2-19-16

13108304-5

3